# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 19-09061 CJC (RAO) | Date: | March 24, 2020 |
| Title: | Daniel S. Luna v. Avalos, et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE**

On February 4, 2020, the Court issued an Order Dismissing First Amended Complaint With Leave to Amend ("Order"). Dkt. No. 16. The Order gave Plaintiff until March 3, 2020 to file a Second Amended Complaint. *See id.* To date, the Court has not received Plaintiff's Second Amended Complaint.

**Plaintiff is ordered to show cause, in writing, no later than April 7, 2020,** why this action should not be dismissed for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). Alternatively, Plaintiff may discharge this Order by filing the Second Amended Complaint.

**Plaintiff is expressly advised that failure to timely file a response to this Order will result in a recommendation that this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

:
Initials of Preparer    dl