UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 19-9061-MCS (PD)                           Date: July 27, 2021

Title   *Daniel S. Luna v. Avalos et al.*

Present: The Honorable:   Patricia Donahue, U.S. Magistrate Judge

| Isabel Martinez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:
N/A                                                           N/A

**Proceedings:**   **(In Chambers) Final Order to Show Cause Why Case Should Not be Dismissed for Failure to Prosecute**

On March 10, 2021, Defendants filed a motion to dismiss the Third Amended Complaint. [Dkt. No 46.] By the Order of the Court dated March 11, 2021, Plaintiff was ordered to respond with his opposition on later than **April 8, 2021**. [Dkt. No. 47.] To date, Plaintiff has not filed an opposition.

On June 7, 2021, the Court issued an Order to Show Cause as to why the case should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff was ordered to file a response explaining why he had not filed his opposition and file an opposition no later than July 12, 2021. [Dkt. No. 50.]

On June 21, 2021, Plaintiff filed a letter reiterating his excessive force claim and stating that he had a witness. [Dkt. No. 51.] The letter does not explain the failure to file an opposition to dismiss nor does it address Defendants' Motion to Dismiss.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.     CV 19-9061-MCS (PD)                                      Date: July 27, 2021

Title          *Daniel S. Luna v. Avalos et al.*

    The Court grants Plaintiff one final opportunity to comply with the Court's order.  **No later than August 24, 2021**, Plaintiff is **ORDERED** to do the following:

    (1) file a pleading that explains why he has failed to respond to the Motion to Dismiss; **AND**

    (2) file his response addressing to the Motion to Dismiss.

    **Plaintiff is advised that the failure to timely comply with this order may result in the dismissal of this case pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.**

    The Clerk is asked to provide an additional copy of the Motion to Dismiss to Plaintiff with this order.

**IT IS SO ORDERED**.

**Initials of Preparer**     :
                              im