UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL S. LUNA,<br><br>            Plaintiff,<br><br>   v.<br><br>AVALOS, et al.,<br><br>            Defendants. | Case No. 2:19-cv-09061-MCS-PD<br><br>**ORDER ACCEPTING REPORT RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Fourth Amended Complaint, Defendants' Motion for Summary Judgment, Plaintiff's Letter and Opposition to Defendants' Motion for Summary Judgment, Defendants' Reply, Plaintiff's Sur-Reply and Second Sur-Reply, the records on file herein, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that Defendants' Motion for Summary Judgment [Dkt. No. 68] is Granted and the action is dismissed without prejudice.

DATED: October 31, 2022

*Mark C. Scarsi*

HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE