JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL S. LUNA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AVALOS, et al.,<br><br>　　　　Defendants. | Case No. 2:19-cv-09061-MCS-PD<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: October 31, 2022

_____
HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE